<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000823
28-MAY-2020
09:56 AM**</span>

NO. CAAP-19-0000823


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ROBERT P. SCHMIDT, Plaintiff-Appellant, v.
PRINCEKONG INC., et al; AGENT KAY GI LEE, Defendants-Appellees


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC18-1-2786)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On November 22, 2019, self-represented Plaintiff-Appellant Robert P. Schmidt (Schmidt) filed the notice of appeal;

(2) On February 24, 2020, the appellate clerk extended the opening brief deadline to March 25, 2020;

(3) Schmidt failed to file the opening brief or request a second extension of time;

(4) On April 24, 2020, the appellate clerk notified Schmidt that the time for filing the opening brief had expired, the matter would be called to the court's attention on May 4, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Schmidt could request relief from default by motion; and

(5) Schmidt took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 28, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge